DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 









                NO. 12-05-00402-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

SHAWN CORE, RETINA MASSEY-CORE, 

JONRAY HILTON, LARRY KEELING,

SHERRI BORDERS, MARK CALDWELL,           §          APPEAL
FROM THE THIRD

SONNIE MOUSER, AS REPRESENTATIVE

OF THE ESTATE OF CHRISTOPHER
DYER,

AND DENISE HEMBREE,

APPELLANTS

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

FORD MOTOR CREDIT COMPANY, 

NISSAN MOTOR ACCEPTANCE CORP.,

GENERAL MOTORS ACCEPTANCE CORP.

NATIONSBANK OF TEXAS, N.A., BANK
ONE

OF TEXAS, N.A., CHRYSLER CREDIT,
 §          HENDERSON
COUNTY, TEXAS

CHASE MANHATTAN BANK USA, N.A.,

McGILVRAY FORD LINCOLN MERCURY,

INC., PELTER ENTERPRISES, INC.,
D/B/A

ROBERT PELTIER NISSAN PONTIAC
AND

PELTIER MITSUBISHI, JAMES WOOD
MOTORS,

INC., AND BOB ELD, INC. D/B/A
ELDER CRYSLER

PLYMOUTH DODGE JEEP EAGLE,

APPELLEES




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM
OPINION

PER
CURIAM

            Appellants have filed a motion to dismiss this appeal,
and all other parties to the appeal have been given notice of the filing of
this motion.  In their motion, Appellants
represents that the parties have reached a settlement agreement that disposes
of all issues presented for appeal. 
Because Appellants met the requirements of Texas Rule of  Appellate Procedure 42.1(a)(1), the motion is
granted, and the appeal is dismissed.  

Opinion
delivered March 22, 2006.

Panel
consisted of Worthen, C.J., Griffith, J., and DeVasto, J.

 

(PUBLISH)